# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 12-11117 & 12-11348

Dependable Component Supply, Inc.     vs.     First American Bank of Illinois et al.

A Bill of Costs statement only be filed when the clerk of this court has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | | | | | | | |
| Reply Brief | | | | | | | |
| First American's Response & Initial Brief | | X | 98 | 10 ✓ | 980 | $106.04 | 106.04 |
| First American's Reply Brief | | X | 34 | 11 ✓ | 374 | $48.26 | 48.26 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 154.30 REQUESTED | $ 154.30 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/

Date Signed: August 1, 2014

Attorney Name: John W. Keller, III
(Type or print your name)

Attorney for: First American Bank of Illinois
(Type or print name of client)

E-mail: jkeller@kellerbolz.com

Phone: (305) 529-8500

Street Address/City/State/Zip: 121 Majorca Avenue, Suite 200, Coral Gables, Florida 33134

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ **$154.30** against **Appellant**

and are payable directly to **Appellee**

John Ley, Clerk of Court

By: Tina Pastina, Deputy Clerk      DATE: 8/11/2014

Issued on: _____

BOC 3/13